UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP BURTON HAUSKEN,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL RIEBMAN, *et al.*,<br><br>Defendants. | CASE NO. C12-1776-TSZ<br><br>ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS |

The Court, having reviewed the papers filed in support of and in opposition to defendants' motion for summary judgment (Dkt. 14), the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, plaintiff's objections, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Defendants' motion for summary judgment (Dkt. 14) is GRANTED because there is no genuine issue of material fact such that defendants are entitled to judgment as a matter of law; and

(3) The Clerk of Court is directed to send a copy of this Order to Magistrate Judge Theiler.

Dated this 22nd day of July, 2013.

*(signature)*

THOMAS S. ZILLY
United States District Judge